IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LIEUTENANT COLONEL CARLA A. WISE, | ) ) ) |
| Plaintiff, | ) ) ) Case No. 22-cv-1458-SMY |
| vs. | ) ) |
| JOSEPH R. BIDEN, JR., in his official capacity as President of the United States of America; LLOYD J. AUSTIN, III, in his official capacity as the United States Secretary of Defense; FRANK KENDALL, in his official capacity as the Secretary of the Air Force; and, MICHAEL A. MINIHAN, in his official capacity as Commander of the United States Air Force Air Mobility Command, | ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL ACTION

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Plaintiff's Voluntary Notice of Dismissal (Doc. 20) and the Order of Dismissal (Doc. 21), this matter is **DISMISSED WITHOUT PREJUDICE**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

**DATED:** July 31, 2023

MONICA A. STUMP,
Clerk of Court

By: s/Stacie Hurst, Deputy Clerk

**Approved:**

**STACI M. YANDLE**
**United States District Judge**